IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA HOWARD, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 11-1938 |
| | : | |
| PENNSYLVANIA DEPARTMENT | : | |
| OF PUBLIC WELFARE, et. al., | : | |
| Defendants | : | |

# O R D E R

**AND NOW**, this 3rd day of November, 2011, upon consideration of defendants' motion to dismiss plaintiff's first amended complaint (Doc. No. 10) and plaintiff's response thereto (Doc. No. 13), IT IS HEREBY ORDERED that defendants' motion to dismiss plaintiff's first amended complaint (Doc. No. 10) is **GRANTED IN PART AND DENIED IN PART** in accordance with this Order:

1. Defendants' motion to dismiss Howard's FMLA, ADA, RA, § 1983 and state law PHRA claims is **DENIED**.

2. Defendants' motion to dismiss plaintiff's state law defamation and slander claims is **GRANTED**. The plaintiff's claims for defamation and slander are dismissed from Count V and are stricken from ¶ 183 of the amended complaint.

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.