IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMANDA HOWARD,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 11-1938 |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA DEPARTMENT** | : | |
| **OF PUBLIC WELFARE, et al.,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this   9th   day of January 2013, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 25), Plaintiff's Response thereto (Doc. No. 27), Plaintiff's Motion for Partial Summary Judgment (Doc. No. 23), Defendants' Response thereto (Doc. No. 28), and Defendants' Supplement (Doc. No. 32), **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Partial Summary Judgment is **DENIED**;

2. Defendants' Motion for Summary Judgment is **DENIED** as to Plaintiff's FMLA failure-to-reinstate claims against Defendants Lewandowski and Stoner, as well as to Plaintiff's ADA, RA, and PHRA failure-to-accommodate claims;

3. Defendants' Motion for Summary Judgment is **GRANTED** as to the remaining claims in the amended complaint;

4. The John Doe defendants are **DISMISSED** as parties to this action.

                              BY THE COURT:

                              */s/ Lawrence F. Stengel*
                              LAWRENCE F. STENGEL, J.